```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANKIE MONEGRO,

                                        Plaintiff,                    **ORDER SCHEDULING TELEPHONE CONFERENCE**

    -against-

                                                                    **20-CV-8963 (VSB)**

ASIA PACIFIC GROCERC LLC,

                                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 16). A telephone conference will be held on **Thursday, March 11, 2021 at 12:45 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: February 25, 2021
       New York, New York

                                                                              _____
                                                                              KATHARINE H. PARKER
                                                                              United States Magistrate Judge