```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
```

FRANKIE MONEGRO,

                      Plaintiff,         **ORDER ADJOURNING TELEPHONE CONFERENCE**

   -against-

                                                        **20-CV-8963 (VSB)**

ASIA PACIFIC GROCERC LLC,

                      Defendants.
```
------------------------------------------------------------------X
```
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     In light of the Notice of Settlement filed on March 10, 2021 (doc. no 18) the Pre-settlement Telephone Conference currently scheduled for **March 11, 2021** is hereby adjourned *sine die*.

     SO ORDERED.

Dated: March 11, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge